9 A.3d 172

IN THE MATTER OF JAMES W. MISKOWSKI, AN ATTORNEY
AT LAW (ATTORNEY NO. 017251974).

December 20, 2010.

## ORDER

**JAMES W. MISKOWSKI** of **ALLENDALE,** who was admitted
to the bar of this State in 1974, having been temporarily suspend-
ed from the practice of law effective December 21, 2008, for his
failure to satisfy the award of the District IIA Fee Arbitration
Commit tee in District Docket No. IIA–2007–0069F and to pay a
sanction of $500 to the Disciplinary Oversight Committee;

And **JAMES W. MISKOWSKI** having paid the $500 sanction to
the Disciplinary Oversight Commit tee and his obligation to pay
the fee arbitration award having been discharged;

It is ORDERED that **JAMES W. MISKOWSKI** be reinstated
to the practice of law, effective immediately.